IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re: NIKITA OZKAN. | Cause No. CV 18-167-M-DLC-JCL<br><br>FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Plaintiff Ozkan, a resident of Oregon, submitted a number of documents to this Court in September 2018. They were liberally construed as a motion to proceed in forma pauperis and a civil complaint. Forma pauperis status was granted. Ozkan was given an opportunity to file an amended complaint along with some guidance as to what he needed to do. *See* Order (Doc. 3) at 3–6.

Ozkan did not respond to the order. There is no indication that mail directed to Ozkan at his address of record was returned.

This action should be dismissed. As the Court said previously, Ozkan names "no defendants, provides no facts, and provides no intelligible allegations," and the Court is unable to determine "what claims Ozkan is trying to bring." Order (Doc. 3) at 3. It is not possible to proceed.

Based on the foregoing, the Court enters the following:

**RECOMMENDATION**

1. Ozkan's complaint (Doc. 2) should be DISMISSED for failure to state a

1

claim on which relief may be granted.

2. The clerk should be directed to enter judgment by separate document.

## NOTICE OF RIGHT TO OBJECT
## TO FINDINGS & RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Ozkan may object to this Findings and Recommendation within 14 days. *See* 28 U.S.C. § 636(b)(1).[1] Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

Ozkan must immediately advise the Court of any change in his mailing address. Failure to do so may result in dismissal of this action without notice to him.

DATED this 3rd day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

---

[1] This deadline allows a party to act within 14 days after the Findings and Recommendation is "served." Federal Rule of Civil Procedure 6(d) allows three additional days after the period would otherwise expire.